## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MADISON COFFMAN,** | ) | CIVIL ACTION NO.  **25-462** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **GREATER LATROBE SCHOOL** | ) | |
| **DISTRICT,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER OF COURT

AND NOW this 4th day of March, 2026, for the reasons set forth in the memorandum opinion, it is hereby ORDERED that the motion to dismiss the amended complaint (ECF No. 14) filed by the District is granted, without prejudice to Coffman's ability to seek leave to amend the complaint, except for the negligence claim, which is dismissed with prejudice.  The court adopts the R&R (ECF No. 26) as the opinion of the court, as supplemented in the opinion.

BY THE COURT

s/ Joy Flowers Conti
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE